# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES D. MCNAMEE** <br> on behalf of himself and <br> others similarly situated | : <br> : <br> : <br> : | Case No. 14-cv-1948 |
| Plaintiffs, | : <br> : | JUDGE ALGENON L. MARBLEY |
| v. | : <br> : | Magistrate Judge Deavers |
| **NATIONSTAR MORTGAGE, LLC.,** | : <br> : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on Defendant's Motion to Stay. (ECF No. 77). Defendant Nationstar requests this Court stay the deadline to provide notice to the certified classes pending Defendant's appeal of this Court's earlier Opinion and Order certifying the Rule 23 classes.

Defendant's request for a stay is **DENIED**. Although Defendants assert "[a]n additional short stay…will not result in prejudice" (ECF No. 77 at 3), this is inaccurate. Neither this Court nor Defendant can know with certainty that this will be a "short stay" because there is no way to know when, or if, the Sixth Circuit will consider the appeal. Plaintiff brought this suit in October 2014, and the classes were certified in March 2018. Plaintiff deserves the opportunity to begin noticing the classes and to begin, in earnest, the next stage of this litigation.

IT IS SO ORDERED.

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**Dated: April 3, 2019**